**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 19, 2023

Mr. Andrew J. Doyle
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. Charles E. English Jr.
English, Lucas, Priest & Owsley
P.O. Box 770
Bowling Green, KY 42102-0770

Mr. Elliot W. Higgins
Department of Justice
Environment & Natural Resources
150 M Street, N.E.
Washington, DC 20002

Ms. Sarah Izfar
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. Matthew Zane Leopold
Hunton Andrews Kurth
2200 Pennsylvania Avenue, N.W.
Suite 930
Washington, DC 20037

Mr. Elbert Lin
Hunton Andrews Kurth
951 E. Byrd Street
Richmond, VA 23219

Ms. Stephanie A. Maloney
U.S. Chamber Litigation Center

1615 H Street, N.W.
Washington, DC 20062

          Re:  Case No. 23-5345, *KY, et al v. EPA, et al*
                Originating Case No. : 3:23-cv-00007 : 3:23-cv-00008

Dear Counsel,

    This appeal has been docketed as case number **23-5345** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

    Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 3, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                            Sincerely yours,

                            s/C. Anthony Milton
                            Case Manager
                            Direct Dial No. 513-564-7026

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5345

COMMONWEALTH OF KENTUCKY

    Plaintiff

and

KENTUCKY CHAMBER OF COMMERCE; U.S. CHAMBER OF COMMERCE; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; GEORGIA CHAMBER OF COMMERCE

    Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES ARMY CORPS OF ENGINEERS; MICHAEL S. REGAN, Official Capacity as Administrator of the United States Environmental Agency; LIEUTENANT GENERAL SCOTT A. SPELLMAN, Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corp of Engineers; MICHAEL L. CONNER, Official Capacity as Assistant Secretary of the Army (Civil Workers)

    Defendants - Appellees