UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 23-5345     Case Name: Kentucky, et al. v. EPA, et al.

Name of counsel: Elbert Lin

Pursuant to 6th Cir. R. 26.1, __see attached__
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No.

## CERTIFICATE OF SERVICE

I certify that on __April 19, 2023__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Elbert Lin

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

The foregoing Disclosure of Corporate Affiliations and Financial Interest is submitted on behalf of the following Parties:

Kentucky Chamber of Commerce;
Chamber of Commerce of the United States of America;
Associated General Contractors of Kentucky, Inc.;
Home Builders Association of Kentucky;
Portland Cement Association; and
Georgia Chamber of Commerce