# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-5345**          Case Manager: **C. Anthony Milton**

Case Name: **Kentucky, et al. v. EPA, et al.**

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes  ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**United States Environmental Protection Agency; United States Army Corps of Engineers; Michael S. Regan, Official Capacity as Administrator of the United States Environmental Protection Agency; Lieutenant General Scott A. Spellman, Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corp of Engineers; Michael L. Conner, Official Capacity as Assistant Secretary of the Army (Civil Works).**

**Issues:**

**1. Whether Appellants had satisfied the factors for a preliminary injunction of the challenged rule.**
**2. Whether the district court erred in concluding that Appellants failed to demonstrate standing and that the case is not ripe for judicial review.**
**3. Whether the district court erred in dismissing the case sua sponte without notice to Appellants.**
**4. Whether this Court should grant an injunction pending appeal.**

**This is to certify that a copy of this statement was served on opposing counsel of record this  3rd   day of          May  , 2023    .**

**Elbert Lin**
Name of Counsel for Appellant