UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
NO. 23-5343

COMMONWEALTH OF KENTUCKY
    Plaintiff-Appellant

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*
    Defendants-Appellees

\*   \*   \*

NO. 23-5345

KENTUCKY CHAMBER OF COMMERCE, *et al.*
    Plaintiffs-Appellants

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*
    Defendants-Appellees

## UNOPPOSED JOINT MOTION TO EXTEND TIME TO FILE APPELLANT BRIEFS

Under Fed. R. App. P. 26(b) and 6 Cir. R. 26(a), Kentucky and Appellant Associations[1] jointly move to extend their deadline to file principal briefs by 31 days, or until July 14, 2023.

---

[1] Kentucky Chamber of Commerce, Chamber of Commerce of the United States of America, Associated General Contractors of Kentucky, Home Builders Association of Kentucky, Portland Cement Association, and Georgia Chamber of Commerce.

1

1. These two appeals are challenges to a new federal rule redefining a key phrase in the Clean Water Act—the "waters of the United States." Kentucky and Appellant Associations filed separate suits in February, which the district court consolidated. The district court dismissed these suits in March. Kentucky and Appellant Associations appealed and, last week, this Court granted them an injunction pending appeal. In so doing, the motion panel noted the pendency of *Sackett v. EPA*, No. 21-454 (U.S.) (argued Oct. 3, 2022), which "will address the significant nexus test and therefore may have significant effects on the Final Rule."

2. Kentucky's and Appellant Associations' principal briefs are currently due on June 13, 2023. They respectfully requests a 31-day extension until July 14, 2023 to file their briefs. The federal government does not oppose this motion. Good cause for this extension exists for two reasons.

3. First, as the motion panel noted, the forthcoming decision in *Sackett* will affect these appeals. In fact, depending on the outcome, *Sackett* could resolve these appeals in Kentucky's and Appellant Associations' favor, given the challenged rule's reliance on a variation of the significant-nexus test. The Supreme Court is expected to release *Sackett* by the end of its current term. Although the Supreme Court may issue *Sackett* before Kentucky's and Appellant Associations'

principal briefs are due, that is not guaranteed. As a result, this appeal would benefit from the requested extension, which would ensure that Kentucky and Appellant Associations (and Appellees, too) have time to assess *Sackett* before any briefing is due.

4.     Second, absent an extension, the press of other litigation matters makes the submission of thorough briefs very difficult. Although Kentucky and Appellant Associations have already briefed aspects of this matter to the motion panel, much work remains for them to submit as helpful of merits briefs as possible.

5.     In addition to his work on this matter, lead counsel for Kentucky has an argument before this Court en banc on June 14, 2023. *Fields v. Jordan*, No. 17-5065 (6th Cir.). In addition, over the next several weeks, he is responsible for, among other things, the submission of merits briefs in the following appeals. *Commonwealth v. Riley*, No. 2022-SC-0505 (Ky.); *Cameron v. CorneaGen*, No. 2023-CA-0093 (Ky. App.); *Cameron v. Beshear*, No. 2022-CA-1419 (Ky. App.). He is also responsible for substantive filings in *ARKK Properties v. Cameron*, No. 2023-SC-0196 (Ky.), and *Chandler v. Foresight Coal Sales*, No. 22-1083 (U.S.). In addition, lead counsel for Kentucky plans to be out of the office for two weeks in June and/or July for paternity leave.

6.     In addition to their work on this matter, lead counsel for Appellant Associations are responsible for several matters with deadlines, or expected deadlines, in the next two months, including: *Union Electric Co. v. EPA*, No. 23-1751 (8th Cir.); *Gentry v. Robert Half Int'l, Inc.*, No. A166610 (Cal. Ct. App.); *Dorff v. Robert Half Int'l, Inc.*, No. B327191 (Cal. Ct. App.); *Robinson v. Stryker Corp.*, No. H050336 (Cal. Ct. App.); *Blankenship v. NBCUniversal, LLC*, et al., No. 23-\_\_\_\_\_ (Pet. for Writ of Cert. filed May 15, 2023), and numerous ongoing arbitrations.

7.     This is Kentucky's and Appellant Associations' first request for a briefing extension. This request is not made for the purpose of delay.

\*\*\*

For these reasons, Kentucky and Appellant Associations respectfully request that the Court extend the due date for their principal briefs by 31 days to July 14, 2023.

Respectfully submitted by,

s/ Matthew F. Kuhn
Daniel Cameron
 *Attorney General*
Victor B. Maddox
 *Deputy Attorney General*
Matthew F. Kuhn
 *Solicitor General*
Harrison Gray Kilgore
Jenna M. Lorence
 *Assistant Solicitors General*
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Matt.Kuhn@ky.gov

*Counsel for Appellant Commonwealth of Kentucky*

s/ Elbert Lin
Elbert Lin
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@Hunton.com

Matthew Z. Leopold
Kerry L. McGrath
Erica N. Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
mleopold@HuntonAK.com
kmcgrath@HuntonAK.com
epeterson@Hunton.com

Charles E. English, Jr. ("Buzz")
Sarah P. Jarboe
LaJuana S. Wilcher
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
(270) 781-6500
benglish@elpolaw.com
sjarboe@elpolaw.com
lwilcher@elpolaw.com

*Counsel for Appellants Kentucky Chamber of Commerce, Chamber of Commerce of the United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky,*

*Portland Cement Association, and Georgia Chamber of Commerce*

Tara S. Morrissey
Andrew R. Varcoe
Stephanie A. Maloney
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
tmorrissey@USChamber.com
avarcoe@USChamber.com
smaloney@USChamber.com

*Counsel for Appellant Chamber of Commerce of the United States of America*

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g) and 6th Cir. R. 32(a), I certify that this motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A) because it contains 645 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 15-point Garamond font using Microsoft Word.

s/ Elbert Lin

## CERTIFICATE OF SERVICE

I certify that on May 17, 2023, the foregoing was electronically filed with the Court via the Court's appellate CM/ECF system, and a copy of the same was automatically served on all parties registered with the CM/ECF system on the same date.

s/ Elbert Lin