Case No. 23-5345

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

COMMONWEALTH OF KENTUCKY

    Plaintiff

and

KENTUCKY CHAMBER OF COMMERCE; U.S. CHAMBER OF COMMERCE; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; GEORGIA CHAMBER OF COMMERCE

    Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES ARMY CORPS OF ENGINEERS; MICHAEL S. REGAN, Official Capacity as Administrator of the United States Environmental Agency; LIEUTENANT GENERAL SCOTT A. SPELLMAN, Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corp of Engineers; MICHAEL L. CONNER, Official Capacity as Assistant Secretary of the Army (Civil Workers)

    Defendants - Appellees

 

Upon consideration of the appellees' motion to hold this case in abeyance,

It is **ORDERED** that the motion is **GRANTED**.  The appellees shall file a status report every **60 days** with the first being due **September 01, 2023**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  July 03, 2023