

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-1-4-22350

*Appellate Section*             *Telephone (202) 514-4081*
*P.O. Box 7415*
*Ben Franklin Station*
*Washington, DC 20044*

September 8, 2023

**Via CM/ECF**

Deborah S. Hunt
Clerk of the Court
U.S. Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

         Re:    *Kentucky, et al. v. United States Environmental Protection Agency, et al.*, Nos. 23-5343, 23-5345

Dear Ms. Hunt:

      On June 30, 2023, Federal Appellees moved this Court to hold these appeals in abeyance until the publication of a new final rule regarding the definition of "waters of the United States" in the Federal Register, which this Court granted on July 3, 2023. This letter advises the Court that the "Revised Definition of 'Waters of the United States'; Conforming" Rule was published in the Federal Register today. *See* 88 Fed. Reg. 61964 (Sept. 8, 2023), available at https://www.federalregister.gov/documents/2023/09/08/2023-18929/revised-definition-of-waters-of-the-united-states-conforming.

                                   Respectfully submitted,

                                     <u>*/s/ Arielle Mourrain Jeffries*</u>
                                     Arielle Mourrain Jeffries
                                     arielle.jeffries@usdoj.gov

                                     Counsel for Federal Appellees

cc: All counsel of record (via CM/ECF)