Case No. 23-5343/23-5345

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

COMMONWEALTH OF KENTUCKY, et al.

    Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.

    Defendants - Appellees

   The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

   It is **ORDERED** that the parties joint motion to consolidate is **GRANTED**, the proposed briefing schedule is adopted and causes hereby are consolidated for the purposes stated above.

                                      **ENTERED PURSUANT TO RULE 45(a),
                                      RULES OF THE SIXTH CIRCUIT**
                                      Deborah S. Hunt, Clerk

Issued: October 30, 2023